PD-1366-15

Rudy Alvarado Garcia                    October 15, 2015

            v.                                      RECEIVED IN
                                          COURT OF CRIMINAL APPEALS

The State of Texas                                  OCT 19 2015


RE: Appellate Case Number: 11-13-00360-CR          Abel Acosta, Clerk
Trial Court Case Number: CR-41780


     Please consider this letter as my formal request for
extension of submition date for petition of discretionary
review. Such time is necessary that I may prepare evidences
of mitigated cause that discretionary court find several
error(s) existed therein original appeal which were
not mentioned for lack of attorny and client
communication regarding those errors.
     Extra time will be necessary that I prepare detail
in each error as a Pro Se applicant.
     I was convicted at the 441st District Court of
Midland County, Trial Court No: CR-41780.

                                                    FILED IN
                                          COURT OF CRIMINAL APPEALS

received 10-15-15      Respectfully Yours,          OCT 20 2015
until 10-23-15         Rudy Gar:
                                                    Abel Acosta, Clerk



     cc: Sherry Williamson - Court of Appeals 11th District of Texas
         Abel Acosta - Clerk of Court of Criminal Appeals.